**Robin C. MCDERMOTT,
Plaintiff–Appellant,**

v.

**Thomas Dean ROYAL, In their individual and official capacities as police officers for the City of Springfield; Darren Whisnant, In their individual and official capacities as police officers for the City of Springfield; Doug Wilson, In their individual and official capacities as police officers for the City of Springfield; Brian Phillips, In their individual and official capacities as police officers for the City of Springfield; John A. Smith, In their individual and official capacities as police officers for the City of Springfield; Mike Wray, In their individual and official capacities as police officers for the City of Springfield; Lynn Rowe, In his individual capacity as Chief of Police for the City of Springfield; Ron Dirickson, In his individual capacity as Assistant City Attorney; City of Springfield, A municipal corporation of the State of Missouri, Defendants–Appellees.**

No. 03–3690.

United States Court of Appeals,
Eighth Circuit.

Submitted: July 8, 2004.

Decided: July 27, 2004.

Robin C. McDermott, West Plains, MO, for Plaintiff-Appellant.

John Wesley Housley, Lowther & Johnson, Richard B. Regan, Springfield, MO, for Defendants-Appellees.

Before WOLLMAN, LAY, and MELLOY, Circuit Judges.

PER CURIAM.

Robin McDermott appeals *pro se* from a final order entered in the United States District Court for the Western District of Missouri[1] granting the Defendants' motion for summary judgment. In her complaint,

---

1. The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.

McDermott alleged that she was denied the rights secured to her by the First, Fourth, and Fourteenth Amendments to the United States Constitution by virtue of the Defendants' actions in connection with her arrest and subsequent prosecution on charges of obstructing a search and assault of an officer. She asserted a cause of action under § 1983, as well as various pendent state law claims. Having carefully reviewed the record and the applicable legal authorities, we find no error in the district court's disposition of this matter. Accordingly, the judgment of the district court is affirmed. *See* 8th Cir. R. 47(B).